**Dan C. BOECHLER, Petitioner,**

v.

**DEPARTMENT OF the INTERIOR, Respondent.**

No. 2009–3062.

United States Court of Appeals, Federal Circuit.

April 22, 2010.

David C. Thompson, David C. Thompson, P.C., of Grand Forks, ND, argued for petitioner.

Scott D. Austin, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.

NEWMAN, LOURIE, Circuit Judges, and GUILFORD, District Judge.*

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

---

* The Honorable Andrew J. Guilford, District Judge, United States District Court for the Central District of California, sitting by designation.

* The Honorable Andrew Guilford, District Judge, United States District Court for the Central District of California, sitting by designation.